SAM REIFFE, Individually and Suing for Himself as a Stockholder and All Other Stockholders of P. M. D. R. REALTY CORPORATION and Another Corporation, and in the Right of Said Corporations, Respondent, v. DAVID REIFFE et al., Individually and as Copartners Doing Business as REIFFE BROS., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. With respect to one particular there was some ambiguity in the order but that was resolved by the stipulation in open court, so that, regardless of how or when incurred, the plaintiff is liable for the capital gains tax attributable to him based upon his withdrawal of capital from the corporation. Present — Callahan, J. P., Breitel, Bastow, Botein and Bergan, JJ.

∎

CHURCH LIFE INSURANCE CORPORATION, Plaintiff, v. JOHN B. SWANN, Respondent, and A. WILLARD IVERS, as Administrator of the Estate of FREDERICK K. IVERS, Deceased, Appellant.— Putting aside the evidence introduced through defendant Swann as to transactions between himself and his codefendant with the decedent, there remains ample evidence, including unassailable communications between plaintiff insurance company and decedent, from which we are satisfied that decedent at all times intended to designate defendant Swann as his beneficiary. We are also satisfied, that taking into consideration decedent's habits and temperament, he did all that he could reasonably be expected to do under the circumstances in order to carry out that intention. Judgment unanimously affirmed, with costs. Present — Cohn, J. P., Callahan, Breitel, Bastow and Botein, JJ. [See 284 App. Div. 844.]

∎

EDWARD ROBBINS, INC., Respondent, v. BRITEX BUILDING CORP. et al., Appellants, et al., Defendants.— Order unanimously modified so as to eliminate items 3 and 4 relating to books and records and, as so modified, affirmed. The items eliminated are neither material nor necessary. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Callahan, J. P., Breitel, Bastow, Botein and Bergan, JJ.

∎

In the Matter of the Arbitration between COMPAGNIE FRANCAISE DES PETROLES, Respondent, and PANTEPEC OIL COMPANY, C. A., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Botein and Bergan, JJ. [See 284 App. Div. 845.]

∎

In the Matter of the Estate of EDNA SUSSMAN, Deceased. MARYLAND TRUST COMPANY, as Ancillary Executor of EDNA SUSSMAN, Deceased, Respondent; JOHN W. ALICOATE et al., Appellants.— Decree unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Botein and Bergan, JJ. [See 284 App. Div. 844.]

∎

SCHWARTZ'S BROADWAY RESTAURANT CORP., Respondent, v. 183 BROADWAY, INC., et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Breitel and Bergan, JJ.